# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of November, two thousand twenty-five.

_____

Myra S. Smith,

      Plaintiff - Appellant,

  v.

City of New York,

      Defendant - Appellee.

_____

**ORDER**

Docket No. 25-2213

Appellant, pro se, moves to reinstate the appeal.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court